**UNITED STATES of America,**
**Plaintiff–Appellee/Cross–**
**Appellant,**

v.

**Gino GONZAGA RODRIQUEZ,**
**Defendant–Appellant/Cross–**
**Appellee.**

Nos. 04–30397, 04–30494.

United States Court of Appeals,
Ninth Circuit.

Filed July 7, 2008.

Joseph H. Harrington, Office of the U.S. Attorney, Spokane, WA for Plaintiff–Appellee/Cross–Appellant.

Lana C. Glenn, Law Offices of Lana C. Glenn, Spokane, WA, for Defendant–Appellant/Cross–Appellee.

Before: JOHNNIE B. RAWLINSON and RICHARD R. CLIFTON, Circuit Judges, and CONSUELO MARSHALL,* District Judge.

## ORDER

This case is hereby resubmitted. Pursuant to the judgment of the United States Supreme Court issued on May 19, 2008 in *United States v. Rodriquez,* —— U.S. ——, 128 S.Ct. 1783, 170 L.Ed.2d 719, we vacate our opinion at 464 F.3d 1072 (9th Cir. 2006), vacate the district court's decision, and remand to the district court for further proceedings consistent with the opinion of the Supreme Court.